FILED
MAR - 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

For Defendants Gulf Telephone Company, Inc.,
Gulf Coast Services, Inc., Gulf Merger Corporation,
Madison River Telephone Company, LLC
**Madison River Communications**
**103 South Fifth Street**
**Mebane, North Carolina 27302**

For Defendant Millry Management Corporation
**Millry Corporation**
**30433 Highway 17**
**Millry, Alabama 36558**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID ESLAVA, et al., | CASE NUMBER 1:07MS00104 |
| Plaintiffs | JUDGE: Rosemary M. Collyer |
| vs. | DECK TYPE: Miscellaneous |
| GULF TELEPHONE CO., INC., et al., | DATE STAMP: 03/07/2007 |
| Defendants. | ) District of Alabama ) ) |

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for Defendants Gulf Telephone Company, Inc., Gulf Coast Services, Inc., Gulf Merger Corporation, Madison River Telephone Company, LLC, and Millry Management Corporation[1], certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Madison River Communications Corporation, and Millry Corporation, which have any outstanding securities in the hands of the public.

**Madison River Communications Corp., as the parent company, and its subsidiaries and affiliates have no securities in the hands of the public.**

---
[1] Millry Management Corporation was converted to Millry Management, LLC.

**Millry Corporation, as the parent company, and its subsidiaries and affiliates have no securities in the hands of the public.**

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted on March 7, 2007.

                                         *David R. Godofsky/dw*
                                         David R. Godofsky
                                         (DC. Bar No. 469602)
                                         ALSTON & BIRD, LLP
                                         The Atlantic Building
                                         950 F Street, NW
                                         Washington, DC 20004-1404
                                         Phone: 202-756-3300
                                         Fax: 202-756-3333
                                         Email: david.godofsky@alston.com

OF COUNSEL:

Gregory C. Braden
ALSTON & BIRD, LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Phone: 404-881-7000
Fax: 404-881-7777
Email: greg.braden@alston.com

                                         Attorney for Defendants Gulf Telephone
                                         Company, Inc., Gulf Coast Services, Inc.,
                                         Gulf Telephone Company Administrative
                                         Committee, Gulf Telephone ESOP Plan
                                         Administrator, Escrow Committee, Dale
                                         Younce, Robert Younce, Woodward Setzer,
                                         Harold Killian, Willard Mitchem, Sandra
                                         Bixler, Jo Gould Smith, Madison River
                                         Telephone Company, LLC, Donald
                                         Robertson, Kenneth Amburn, Stephen
                                         Vanderwoude, Paul Sunu, Randy Wood,

Millry Management Corporation, Paul Brown, and Gulf Merger Corporation.

LEGAL02/30285017v1