For Plaintiff David Eslava
**2500 Bodie Lane**
**Gulf Shores, AL 36542**

For Plaintiff Robert Kaiser
**12912 County Road 26**
**Foley, AL 36535**

For Plaintiff Jon Hartman
**12239 Grantham Road**
**Foley, AL 36535**

For Plaintiff Thomas Faison
**12836 Briarwood Drive**
**Foley, AL 36535**

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID ESLAVA, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GULF TELEPHONE COMPANY, | ) | Civil Action No. 1:07MS00104 (RMC) |
| INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO FILE PETITION
## FOR COSTS AND ATTORNEYS' FEES

COME NOW the Plaintiffs, by and through their undersigned counsel, and move this Court for leave to file the petition for costs and attorneys' fees attached hereto as Exhibit A (with its Exhibits 1 and 2) after the May 3, 2007 deadline set forth in the Court's Order dated April 12, 2007 (Dkt. No. 5). Plaintiffs' motion is based on the following separate and several grounds:

### I.    INTRODUCTION

This matter arises from pending ERISA litigation in the United States District Court for

the Southern District of Alabama.  On February 21, 2007, after counsel for the parties had agreed

to the deposition of the putative expert of the Gulf Telephone Company Defendants (the

"GulfTel Defendants") on March 6, 2007, Plaintiffs' counsel issued a subpoena noticing the

deposition at Esquire Deposition Services in Washington, D.C.  The noticed location of the

deposition was within 100 miles of the witness's place of business as permitted by Fed. R. Civ.

P. 45.

The GulfTel Defendants' counsel subsequently refused to produce the witness on March

6, 2007 at the noticed location and sought to force Plaintiffs' counsel to depose him at the

Washington, D.C. office of the GulfTel Defendants' counsel as opposed to the properly noticed

location only several blocks away.  On March 7, 2007, after the witness failed to appear at the

deposition, the GulfTel Defendants filed a Motion for Protective Order (Dkt. No. 1) requesting

that this Court require the "deposition of Mr. Balhoff [to] be conducted at the office of Alston &

Bird, Washington DC." (Defs.' Mot. at 1-2).  As purported grounds for their motion, the GulfTel

Defendants asserted that "Defendants' counsel had other business at his Washington DC office

and needed to be at that office." (*Id*. at 2).  Plaintiffs timely responded to GulfTel Defendants'

motion on March 21, 2007 (Dkt. No. 3) and requested costs and attorneys fees based on the

frivolous nature of the motion.  (Plfs.' Resp. at 11).  The GulfTel Defendants filed a reply on

April 2, 2007 (Dkt. No. 4).

This Court promptly issued an Order on April 12, 2007 (Dkt. No. 5) holding that the

GulfTel Defendants' "motion was brought in bad faith and for oppressive reasons."  (Order at 3).

The Court ordered Plaintiffs to submit their petition for fees and costs by May 3, 2007.  (*Id*.).

Unfortunately, Plaintiffs' local counsel never received notice of the Order dated April 12,

2007 and still has not received notice to date (Hahn Decl., ¶ **[insert]**).[1]  Only local counsel was on the service list of the Court.  (*Id.*).  On May 14, 2007, Plaintiffs' counsel in the underlying ERISA action checked PACER and discovered the Order. (Garofolo Decl., ¶ 4).[2]  After determining that local counsel did not receive notice of the Order, Plaintiffs' counsel compiled the information supporting the petition for costs and attorneys' fees and Plaintiffs now file this motion with good cause as discussed below.

## II.     ARGUMENT

It is within the Court's discretion to grant the instant motion under Fed. R. Civ. P. 6(b) which sets forth an "excusable neglect" standard for failure to act within a time specified in a court order.  The United States Court of Appeals for the District of Columbia has explained the following with respect to the excusable neglect standard:

> The [Supreme] Court set forth factors to consider when determining what kind of neglect will be considered "excusable."  These include: (1) the danger of prejudice to the party opposing the modification, (2) the length of delay and its potential impact on judicial proceedings, (3) the reason for the delay, including whether it was within the reasonable control of the movant, and (4) whether the movant acted in good faith.

*In re Vitamins Antitrust Class Actions*, 327 F.3d 1207, 1209 (D.C. Cir. 2003) (citations omitted).

First and foremost, Plaintiffs apologize to the Court for any inconvenience caused to the Court by their failure to file their petition for costs and attorneys fees by May 3, 2007.  Despite the passing of the May 3, 2007 deadline, Plaintiffs submit that relief is due to be granted because Plaintiffs' failure constitutes excusable neglect.  First, local counsel never received notice of the April 12, 2007 Order.  Second, the relief granted in the Order has an important deterrent effect with respect to motions brought in bad faith and for oppressive reasons.  Third, the GulfTel

---

[1] "Hahn Decl." refers to the Declaration of Benjamin Hahn In Support of Plaintiffs' Motion for Leave to File Petition for Costs and Attorneys' Fees filed herewith.
[2] "Garofolo Decl." refers to the Declaration of Joseph A. Garofolo In Support of Plaintiffs' Motion for Leave to File Petition for Costs and Attorneys' Fees filed herewith.

Defendants' have not been prejudiced by a delay totaling 13 business days.  Finally, Plaintiffs'

counsel has acted in good faith and diligently by compiling information required in connection

with the petition as quickly as possible after learning of the Court's Order.

### III.    CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that their Motion for Leave to

File Petition for Costs and Attorneys' Fees be granted.


Respectfully submitted,

_____/s/_____
Benjamin Hahn (Bar No. 446270)
Schnader Harrison Segal & Lewis LLP
2001 Pennsylvania Avenue, NW, Suite 300
Washington, DC   20006-1825
Phone:  (202) 419-4242
Fax: (202) 419-4243
Email: bhahn@schnader.com


OF COUNSEL:
Joseph A. Garofolo (Cal. Bar 214614)
Law Office of Joseph A. Garofolo
88 King Street, Suite 806
San Francisco, CA 94107
Phone: (415) 517-5307
Fax: (415) 348-1515
Email: erisalaw@sbcglobal.net


*Attorney for Plaintiffs David Eslava, Robert Kaiser,
Jon Hartman, and Thomas Faison*

### **CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:

David F. Godofsky       dgodofsky@alston.com


_____/s/_____
Benjamin W. Hahn

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DAVID ESLAVA, et al.                )
                                    )
    Plaintiffs,              )
                                    )
v.                                  )
                                    )
GULF TELEPHONE COMPANY,             )          Civil Action No. 1:07MS00104 (RMC)
INC., et al.                        )
                                    )
    Defendants.              )

### DECLARATION OF JOSEPH A. GAROFOLO IN SUPPORT OF MOTION FOR LEAVE TO FILE PETITION FOR COSTS AND ATTORNEYS' FEES AND PLAINTIFFS' PETITION FOR COSTS AND ATTORNEYS' FEES

I, Joseph A. Garofolo, declare as follows:

1.    I am a member of the bar of the State of California, admitted to practice before the United States District Courts for the Northern District of California and the Central District of California, and admitted *pro hac vice* before the United States District Court for the Southern District of Alabama in the litigation styled *Eslava et al. v. Gulf Telephone Co., et al.*, Civil Action No.1:04-cv-00297-KD-B (the "*Eslava* Litigation"). I am one of three counsel of record for the Plaintiffs in the *Eslava* Litigation, which is a pending lawsuit brought under the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), alleging fiduciary breaches.

2.    This declaration is submitted in support of Motion for Leave to File Petition for Costs and Attorneys' Fees and in support of Plaintiffs' Petition for Costs and Attorneys' Fees. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3.    I have worked extensively in the field of ERISA since 1999 when I was employed by the United States Department of Labor, Pension and Welfare Benefits Administration (now the Employee Benefits Security Administration).    I received my Juris Doctorate from the University of Michigan Law School in 2000.    From 2000 to 2003, I worked for Baker & McKenzie and White & Case LLP primarily in the field of ERISA, in both transactional and litigation settings.    Since starting my own practice in 2003, I have focused exclusively on ERISA.    I am a member of the Western Pension and Benefits Conference, the International Foundation of Employee Benefit Plans, and the National Center for Employee Ownership, and have lectured before the Western Pension and Benefits Conference on ERISA.

4.    On May 14, 2007, I checked PACER and discovered the Court's April 12, 2007 Order (Dkt. No. 5).    I was not on the service list for this matter.

5.    I contacted the local counsel for this matter, Benjamin Hahn, the same day I discovered the Order on PACER to determine if he had received the Order.

6.    After Mr. Hahn informed me that he had not received notice of the Order and after he attempted to ascertain whether such notice had been delivered to him, I determined that there was good cause to file a motion for leave to file petition for costs and attorneys' fees.

7.    I am on a contingency arrangement in connection with the *Eslava* Litigation, which is a putative class action.    If successful, and as disclosed to the class representatives, counsel for the Plaintiffs intend to seek fees as a percentage from a common fund recovery to be approved by the United States District Court for the Southern District of Alabama.    My current standard rate for ERISA litigation is $375.00 per hour.    Based on my experience at Baker & McKenzie, White & Case LLP, and my knowledge of the rates charged by other attorneys in the

San Francisco Bay Area who specialize in ERISA, the rate of $375.00 per hour is at or below the rate charged by attorneys specializing in ERISA with my experience and ability.

8.    True and correct copies of the following are attached to Plaintiffs' Petition for Costs and Attorneys Fees:

> Exhibit 1: Itemization of costs and attorneys' fees associated with attending the deposition of Michael Balhoff and responding to the GulfTel Defendants' Motion for Protective Order of the Law Office of Joseph A. Garofolo; invoice of Schnader Harrison Segal & Lewis LLP for legal services of Benjamin Hahn, Esq.; invoice of ClawsonGroup for expert consulting services of Kace G. Clawson; and
>
> Exhibit 2:  Affidavit of Jon F. Doyle supporting the reasonableness of a $375.00 hourly rate for Joseph A. Garofolo, Esq.

9.    The foregoing costs and attorneys' fees set forth in Exhibit 1 are reasonable and were necessarily incurred in connection with this matter.  The services for which fees have been charged were actually and necessarily performed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 20th day of May 2007 at Walnut Creek, California.

Joseph A. Garofolo

Exhibit A

For Plaintiff David Eslava
**2500 Bodie Lane**
**Gulf Shores, AL 36542**

For Plaintiff Robert Kaiser
**12912 County Road 26**
**Foley, AL 36535**

For Plaintiff Jon Hartman
**12239 Grantham Road**
**Foley, AL 36535**

For Plaintiff Thomas Faison
**12836 Briarwood Drive**
**Foley, AL 36535**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID ESLAVA, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GULF TELEPHONE COMPANY, | ) | Civil Action No. 1:07MS00104 (RMC) |
| INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFFS' PETITION FOR COSTS AND ATTORNEYS' FEES

Pursuant to the Court's Order dated April 12, 2007 (Dkt. No. 5) granting Plaintiffs'

reasonable costs and attorneys' fees associated with the aborted deposition of Michael Balhoff,

and leave of the Court permitting Plaintiffs to file this petition after the deadline originally

established in the April 12, 2007 Order, Plaintiffs hereby request reasonable costs in the amount

of $1,232.00 and attorneys' fees in the amount of $15,450.00. [1]

---

[1] Time preparing for the deposition of Michael Balhoff (which was significant) has not been submitted consistent
with Plaintiffs' interpretation of the Court's Order granting only costs and attorneys' fees incurred in attending the
aborted deposition.

Attached hereto in support of this petition are true and correct copies of the following:

Exhibit 1: Itemization of costs and attorneys' fees associated with attending the deposition of Michael Balhoff and responding to the GulfTel Defendants' Motion for Protective Order of the Law Office of Joseph A. Garofolo; invoice of Schnader Harrison Segal & Lewis LLP for legal services of Benjamin Hahn, Esq.; invoice of ClawsonGroup for expert consulting services of Kace G. Clawson; and

Exhibit 2: Affidavit of Jon F. Doyle supporting the reasonableness of a $375.00 hourly rate for Joseph A. Garofolo, Esq.

The foregoing costs and attorneys' fees set forth in detail in Exhibit 1 are reasonable and were necessarily incurred in connection with this matter. The services for which fees have been charged were actually and necessarily performed.

Respectfully submitted,

_____/s/_____
Benjamin Hahn (Bar No. 446270)
Schnader Harrison Segal & Lewis LLP
2001 Pennsylvania Avenue, NW, Suite 300
Washington, DC   20006-1825
Phone:  (202) 419-4242
Fax: (202) 419-4243
Email: bhahn@schnader.com

OF COUNSEL:
Joseph A. Garofolo (Cal. Bar 214614)
Law Office of Joseph A. Garofolo
88 King Street, Suite 806
San Francisco, CA 94107
Phone: (415) 517-5307
Fax: (415) 348-1515
Email: erisalaw@sbcglobal.net

*Attorney for Plaintiffs David Eslava, Robert Kaiser, Jon Hartman, and Thomas Faison*

Exhibit 1

# LAW OFFICE OF JOSEPH A. GAROFOLO

2125 OAK GROVE ROAD
SUITE 110
WALNUT CREEK, CALIFORNIA 94598

TELEPHONE (925) 926-0520                    FACSIMILE (925) 926-0521

May 21, 2007

**In reference to:**    *Eslava, et al. v. Gulf Telephone Co., Inc., et al.*, Costs and Attorneys'
Fees Relating to Deposition of Michael J. Balhoff for the period
March 1 to 31, 2007.

# REMITTANCE COPY

## Legal Services

| | | |
|---|---|---|
| Joseph A. Garofolo, Esq.  ($375.00 x 38.8) | $ | 14,550.00 |
| Benjamin Hahn, Esq.  ($450.00 x 2.0) Schnader Harrison Segal & Lewis LLP | | 900.00 |

**Total Legal Services**                                   **$  15,450.00**

## Cost and Disbursements

| | | |
|---|---|---|
| Joseph A. Garofolo, Esq. | $ | 937.65 |
| Kace G. Clawson (Plaintiffs' Expert) | | 295.00 |

**Total Costs and Disbursements**                   **$    1,232.65**

**Total Due**                                              **$  16,682.65**

### Payment Instructions

This invoice is due upon receipt.  Payment by check for the total due should be made to
"Law Office of Joseph A. Garofolo" (Tax Identification Number: 20-5505707) and sent
to 2125 Oak Grove Road, Suite 110, Walnut Creek, CA 94598.

If you have any questions regarding this invoice, please contact Joseph Garofolo at (925)
926-0524.

LAW OFFICE OF JOSEPH A. GAROFOLO
2125 Oak Grove Road, Suite 110
Walnut Creek, CA 94598

# Joseph A. Garofolo, Esq.

**In reference to:**     *Eslava, et al. v. Gulf Telephone Co., Inc., et al.*, Deposition of
Michael J. Balhoff and Response to GulfTel Defendants' Motion for
Protective Order.

**Rate charged:**     $375.00 per hour in increments of six minutes for March 1 to March
31, 2007.

| Date | Legal Services | Hours/Min. |
|------|----------------|------------|
| 3/4/07 - 3/5/07 | Travel from San Francisco to Washington, D.C. for deposition of M. Balhoff (evening of 3/4/07 and morning of 3/5/07). | 8.0 |
| 3/6/07 | Attend deposition of M. Balhoff in Washington, D.C. | 3.0 |
| 3/7/07 | Travel from Washington, D.C. to San Francisco. | 8.0 |
| 3/17/07 | Review Local Rules for the United States District Court for the District of Columbia (.4); and draft Plaintiffs' Response to GulfTel Defendants' Motion for Protective Order ("Response") (.6). | 1.0 |
| 3/18/07 | Continue to draft Response. | 3.9 |
| 3/19/07 | Continue to draft Response and research district court's power to sanction attorneys for frivolous motions. | 4.5 |
| 3/20/07 | Continue to draft Response (4.4); compile exhibits for Response (1.5); draft declaration in support of Response (1.1); and revise Response and declaration (2.1). | 9.1 |
| 3/21/07 | Final revisions to Response (1.0); and draft email to local counsel providing Response, declaration, and exhibits to Response (.3). | 1.3 |

**Hours March 1, 2007 to March 31, 2007**                    **38.8**

LAW OFFICE OF JOSEPH A. GAROFOLO
2125 Oak Grove Road, Suite 110
Walnut Creek, CA 94598

## Costs and Disbursements

**In reference to:**    *Eslava, et al. v. Gulf Telephone Co., Inc., et al.*, Deposition of Michael J. Balhoff for the period March 1 to March 31, 2007.

| Description | Date | Amount |
|---|---|---|
| Taxi from Law Office of Joseph A. Garofolo to SFO | 3/4/07 | $    35.00 |
| Roundtrip economy airfare San Francisco-Washington, D.C.-San Francisco for Joseph A. Garofolo in order to attend deposition of Michael Balhoff | 3/5/07 | 339.60 |
| Lodging for two nights from March 5 to March 7, 2007 | 3/4/07 | 266.14 |
| Taxi from hotel to Esquire Deposition Services | 3/6/07 | 23.85 |
| Taxi from Esquire Deposition Services to hotel | 3/6/07 | 18.00 |
| Dollar Rent Car – Washington, D.C. | 3/7/07 | 133.00 |
| Fuel | 3/7/07 | 6.17 |
| Meal | 3/4/07 | 3.56 |
| Meal | 3/5/07 | 20.07 |
| Meal | 3/6/07 | 12.00 |
| Meal | 3/6/07 | 38.40 |
| Meal | 3/7/07 | 3.86 |
| Taxi from SFO to Law Office of Joseph A. Garofolo | 3/7/07 | 38.00 |
| **Total Costs and Disbursements** | | **$  937.65** |

**Copies of receipts for all costs and disbursements attached hereto.**

ARROW CAB CO. – 648-3181

San Francisco, California

Date 3/4

From South Beach

To SFO

Amount 35.00

Driver's Name _____ _____

Cab Number _____ _____ _____

 **MAIL**

Print - Close Window

| Date: | Fri, 23 Feb 2007 20:37:50 -0500 (EST) |
| --- | --- |
| From: | "American Airlines@aa.com" <notify@aa.globalnotifications.com> |
| To: | "ERISALAW@SBCGLOBAL.NET" <ERISALAW@SBCGLOBAL.NET> |
| Subject: | E-Ticket Confirmation |



## eTicket Itinerary And Receipt Confirmation

| Reservations | Award Booking | View My Miles | Fare Sales & Offers |

**Date of Issue: 23FEB07**

Sylvia Pastor:

Thank you for choosing American Airlines / American Eagle, a member of the **one**world™ Alliance. Below are your itinerary and receipt for the ticket(s) purchased. Please print and retain this document for use throughout your trip.

**Record Locator: BQILTO**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport. Check-in options may be found at www.aa.com/options.

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

Book a hotel          Book a car          Buy trip insurance



**Record Locator: BQILTO**



**Itinerary**

| Carrier | Flight Number | Departing | | Arriving | | Booking Code |
| --- | --- | --- | --- | --- | --- | --- |
| | | City | Date & Time | City | Time | |
| **AA** American Airlines | 530 | SAN FRANCISCO | MON 05MAR 12:30 AM | DALLAS FT WORTH | 5:35 AM | N |
| | | Joseph Garofolo | | Economy | Seat 31D | Food For Purchase |
| **AA** American Airlines | 1922 | DALLAS FT WORTH | MON 05MAR 6:35 AM | WASHINGTON DULLES | 10:15 AM | N |
| | | Joseph Garofolo | | Economy | Seat 25A | Food For Purchase |

| American Airlines | 1161 | WASHINGTON DULLES | WED 07MAR 10:55 AM | DALLAS FT WORTH | 1:20 PM | N |
|---|---|---|---|---|---|---|
| | Joseph Garofolo | | | Economy | Seat 16B | Food For Purchase |
| American Airlines | 1693 | DALLAS FT WORTH | WED 07MAR 2:15 PM | SAN FRANCISCO | 4:10 PM | N |
| | Joseph Garofolo | | | Economy | Seat 12E | Food For Purchase |

## Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAX | TICKET TOTAL |
|---|---|---|---|---|
| JOSEPH GAROFOLO | 0012130126017 | 277.20 | 62.40 | 339.60 |
| Payment Type: Visa XXXXXXXXXXXX8985 | | | | Total: $339.60 |

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are NON-REFUNDABLE. If the fare allows changes, a fee may be assessed for the change.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

If you are traveling internationally, please ensure that you have the proper documentation. All necessary travel documents for the countries being visited must be presented at airport check-in. Check with the consulate of these countries to determine the documents required. Additional information can be found at International Travel.

A summary of Terms and Conditions of Travel is available by selecting the Conditions of Carriage button below.


Conditions Of Carriage


Special Assistance

Flight Check-In

Flight Status Notification


Our Lowest Fare Guarantee Only at AA.com


member of oneworld


We know why you fly
American Airlines
AA.com


PRIVACY
BBBOnLine

This e-mail address is non-returnable and does not accommodate replies. If you have a customer service issue, please Contact AA.

NRID: 4227195260252319371165700

Washington                    

## Booked items

The travel dates have passed; the ThankYou Network information on the itinerary cannot be updated.

Earn ThankYou Points on future bookings — learn more. 

---

**Hotel:** Arlington                                                                  back to top

Expedia.com itinerary number: **118919689860**        **Main contact:** Joseph A Garofolo
Hotel confirmation number: 82218                      E-mail: sylvia_pastor@sbcglobal.net
                                                      Home phone: (415) 908-3909

### Traveler and cost summary                                    **Expedia Special Rate**

Reserved for:
**Joseph Garofolo**        Hotel: 1 adult    Non Smoking Two Queens    3/5 - 3/6: $117.00 per night

                                          Taxes & service fees              $16.07 per night

                            Amount charged for hotel reservation              **$266.14**

**Room options / Additional requests**
We will forward your requests to the property, but we cannot guarantee that your requests will be honored.

2 DOUBLE BEDS, Non-Smoking

### Hotel summary

🖼 Mon Mar-5-2007 (2 nights)

**Best Western Pentagon Hotel Reagan Airport**

2480 S Glebe Rd                  **Check in:** Mon Mar-5-2007           
Arlington, VA 22206              **Check out:** Wed Mar-7-2007
USA

**Reservation questions:** +1 (800) EXPEDIA
**For other information contact the hotel:** Tel: 1 (703) 979-4400   Fax: 1 (703) 979-0189

Hotel class: ☆☆    More lodging info

Unless specified otherwise, **rates are quoted in US dollars.**

The price shown above DOES NOT include any applicable hotel service fees, charges for optional incidentals (such as minibar snacks or telephone calls), or regulatory surcharges. The lodging will assess these fees, charges, and surcharges upon check-out.

Your room is guaranteed for late arrival.

Award points and airline mileage may not be awarded when booking an Expedia Special Rate hotel.

### Hotel rules and restrictions
**Property policies**
- You must be at least 18 to check in to this hotel.
- Base rate is for 2 guests.

  **Guest charges and room capacity**
  - Total maximum number of guests per room/unit is 4.
  - Maximum number of adults per room/unit is 4.
  - Maximum number of children per room/unit is 3.
  - Maximum number of infants per room/unit is 3.
  - This property considers guests aged 17 and under, at time of travel, to be children.

- Availability of accommodations for extra guests is not guaranteed by Expedia Travel or Expedia, Inc.
- The fee for extra adults is $15.00 per person.

■ Your credit card is charged the total cost above at time of purchase. Prices and room availability are not guaranteed until full payment is received.

**Pricing and payment**
- Some hotels request that we wait to submit guest names until 7 days prior to check in. In such a case, your hotel room is reserved, but your name is not yet on file with the hotel.
- Rooms are provided by Expedia Travel, under an agency agreement with Expedia.

■ Any changes to or cancellation of your reservation may result in fees from $25.00 up to the full cost of your stay.

**Cancellations and changes**
- Cancellations or changes made before 12:00 AM (Eastern Standard Time (US & Canada)) on 3/4/2007 are subject to a $25.00 penalty.
- Cancellations or changes made after 12:00 AM (Eastern Standard Time (US & Canada)) on 3/4/2007 are subject to a 1 Night Room & Tax penalty.
- Cancellations or changes made after check-in on 3/5/2007 are subject to a 100% penalty.
- **Canceling your stay:** Cancellations can be made online. From your itinerary, click the **How to cancel this hotel reservation** link and follow the instructions.
- **Changing your stay:** To make changes, please call 1-800-EXPEDIA (1-800-397-3342) or 1-404-728-8787, and specify that you booked an **Expedia Special Rate** hotel.
- All refund requests must occur within 60 days of hotel check-out. Any refund for checking out early or for no shows will be given at the sole discretion of Expedia.com.
- If you wish to book multiple rooms, you must use a different name for each room or the duplicate reservation MAY be cancelled by the hotel.

## Special requests

We will forward your requests to the travel vendor, but as these are subject to availability we can not guarantee that they will be honored. Some special requests (e.g., ski racks, rollaway beds) may incur additional charges from the vendor.

Hotel: Best Western Pentagon Hotel Reagan Airport
Room : Non Smoking Two Queens
Nonsmoking/Smoking: Non-Smoking
Room type: 2 DOUBLE BEDS

## Customer Support
**Itinerary number: 118919689860**

If you have questions about your reservation, fill out our itinerary assistance form. We'll respond within 24 hours: For immediate assistance call Expedia.com at 1-800-EXPEDIA (1-800-397-3342) or 1-404-728-8787 and have the itinerary number ready.

```
BLUE TOP CAB
FALLS CHURCH VA
(703) 243-8254


03-06-07 06:39
CAB#: 140
CARD: VI
CARD#: xxxx8977
RESP: APPROVED
AP CODE: 006510


FARE:   $19.85
EXTRAS: $4.00
TOLLS:  $0.00
TIP:    $0.00
SALE :  $23.85
```

# Taxi Cab Receipts

DATE: 3/6/07  TIME: 1:10

TRIP ORIGIN: Washington D.C.

DESTINATION: Arlington, VA

COMPANY: _____ CAB No. _____

FARE: $ 18.00  SIGNATURE: _____

```
        WASHINGTON REAGAN
RENTAL RECORD:              BG4078642
GAROFOLO          JOSEPH
COMPLETED BY:              PE6660
RENTED:   WASHINGTON REAGAN
RENTAL:   03-05-07   0946
RETURN:   03-07-07   0636
MILES IN: 26806  OUT:  26793
MILES DRIVEN:     13
PLAN IN/OUT:      SPC   /RCUD1
CLS: ECAR

   2 DAYS       51.76      103.52
SUBTOT                     103.52
APCONRGFEE                  11.59
CUSTFACCHG                   5.00
VLF                          .80
TAXABLE TOT                120.91
SALES TAX    8.000           9.67
RENTAL FEE                   2.42
NET DUE                    133.00
PAYMENTS                  -133.00
PAID BY:  VI
CREDIT CARD #:     ***********8977
```

```
*** REPRINT *** REPRINT *** REPRINT ***

        2300 Jeff Davis Hwy
        Arlington VA 22202

CRYSTAL CITY E, 4716122

ARLINGTO, VA


03/07/2007 6:26:30 AM 2842

VISA XXXXXXX8977     VISA
GAROFOLO/JUSEPH A
INVOICE Q1Y8529
AUTH 007510

PUMP#9
Regular                   2.528G
PRICE/GAL              $ 2.439
FUEL TOTAL               $6.17
*** REPRINT *** REPRINT *** REPRINT ***


                   ------------
                   Total = $6.17

CRIND Credit            $6.17
*** REPRINT *** REPRINT *** REPRINT ***


Credit
```

THANK YOU FOR CHOOSING THRIFTY CAR RENTAL.

Have A Great Day

Guava and Java

```
-------------------------------------
Check 715
Erlinda G.
Dine In                    3/4/2007
                          10:16 PM

    Snapple                     2.25
    Fruit                       1.00

Subtotal                        3.25
Sales Tax                       0.27
CRV 4 Tax                       0.04
                          ----------
TOTAL                           3.56

Cash                          -10.00
CHANGE DUE                      6.44
-------------------------------------
        HAVE A GREAT DAY
```

```
              Papa Johns
           Restaurant #0843
         3233-A Columbia Pike
          Arlington, VA 22204
            (703) 271-8000

8789          03/05/2007     03:14pm
*************************************
            InStore Order
Name: joe garofolo,Best Western
*************************************
Restaurant Order #: 0023


                Visa


Account #: xxxxxxxxxxxxx8977
Authorization #: 005716
Reference #: 68653
Batch ID: 193
Order Amount:            15.78
Tax:                      1.29
Total Amount:            17.07
Visa:                    17.07

Tip:                 3.00

Total:              20.07

Addtl Tender Amt:         0.00


Customer Signature
X
*************************************
           Customer Copy
*************************************
I agree to pay total amount according to
     the card issuer agreement.


     Thank You For Choosing
           Papa Johns
```

4856 2002 2009 8977

04/08 V
JOSEPH A GAROFOLO
LAW OFFICE

**EXPIRATION**
DATE
CHECKED

**SIGN HERE**

X

The issuer of the card identified on this item is authorized to pay the amount shown as TOTAL upon proper presentation. I promise to pay such TOTAL (together with any other charges due thereon) subject to and in accordance with the agreement governing the use of such card.

| QTY. | CLASS | DESCRIPTION | PRICE | AMOUNT |
|------|-------|-------------|-------|--------|
|      |       |             |       |        |
|      |       |             |       |        |
|      |       |             |       |        |

| DATE | | AUTHORIZATION | | SUB TOTAL | |
|------|--|---------------|--|-----------|--|
| REFERENCE NO. | | | | TAX | |
| ID-FOLIO / CHECK NO. / LIC. NO. STATE | REG./DEPT | CLERK | | TIP / Misc. | |

VISA  MasterCard  5311245   TOTAL

**RETAIN THIS COPY FOR YOUR RECORDS**

SALES SLIP COPY

6884G

```
              Nooshi
        1120 19th Street NW
        Washington, DC 20036
Date:        Mar06'07 12:21PM
Card Type:   Visa
Acct #:      XXXXXXXXXXXX8977
Exp Date:    XX/XX
Auth Code:   006809
Check:       3003
Table:       13/1
Server:      4 Team 10

Subtotal:          32.40

Tip:_____      6.00

Total:_____   38.40

Signature
I agree to pay above total
according to my card issuer
agreement.

* * * * Guest Copy * * * *
```

```
              Mendez McDonald's K9
        Thank you for eating at McDonald's
          with Marielena and her crew.

          OHARE AIRPORT CONCOURSE 3
               CHICAGO, IL 60606

                  THANK YOU

MCDONALDS              TEL# (773)686-1176
51  KS#03             Mar.07'07(Wed)11:03
STORE# 17275         MER# KB17256931001

Order #351          TO GO

  1 LRG FRENCH FRIES            2.10
  1 MED COKE                    1.40

  SUB TOTAL                     3.50
  TAKE OUT TAX                  0.36

                               3.86

CARD ISSUER    ACCOUNT #
VISA SALE      ***********8977
TRANSACTION AMOUNT             3.86
AUTH CODE 007478 SEQ# 9835

  CASH TENDERED                0.00

  CHANGE                       0.00
```

CHANCE TO WIN!! SEE OVER

CHANCE TO WIN!! SEE OVER

415 - 517 - 5307

4856 2002 2009 8977

04/08 V

JOSEPH A GAROFOLO
LAW OFFICE

**SIGN HERE**
X

The issuer of the card identified on this item is authorized to pay the amount shown as TOTAL
upon proper presentation. I promise to pay such TOTAL (together with any other charges due
thereon) subject to and in accordance with the agreement governing the use of such card.

| QTY. | CLASS | DESCRIPTION | PRICE | AMOUNT |
|------|-------|-------------|-------|--------|
| | | Taxi SFO to | | |
| | | 88 King | | |
| | | San Francisco, | | |
| | | CA 94107 | | |

| | | |
|---|---|---|
| DATE 3/7/07 | AUTHORIZATION | SUB TOTAL |
| REFERENCE NO. | | TAX |
| ID-FOLIO/CHECK NO./LIC. NO. STATE | REG./DEPT. | CLERK | TIP |
| | | MISC. |

**VISA**  **MasterCard**  5514474  **TOTAL**  38  00

SALES SLIP
CUSTOMER COPY

**CUSTOMER:** RETAIN THIS COPY FOR YOUR RECORDS

# Schnader Harrison Segal & Lewis LLP

2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006-1825
(202) 419-4200

Law Offices of Joseph A. Garofolo
88 King Street, Suite 806
San Francisco, CA  94107

| | |
|---|---|
| Date | March 31, 2007 |
| Invoice Number | 2202816 |
| Client No | 9999912 |

## Remittance Copy

For Professional Services Rendered through March 31, 2007

| Matter Number | Matter Name | Fee Amount | Cost Amount |
|---|---|---|---|
| 9999912-0005 | Eslava, et al. v. Gulf Telephone Co. Inc, et al. | $900.00 | 0.00 |

| | | |
|---|---|---|
| Total Services | $ | 900.00 |
| Total Costs | | 0.00 |
| Total Services and Costs | $ | 900.00 |
| Total Due | $ | 900.00 |

**Due upon receipt**

**Please send payments by check to:**
SCHNADER HARRISON SEGAL & LEWIS LLP
P O BOX 8500-6030
PHILADELPHIA, PA 19178-6030
(Please reference client # and invoice# on check.)

**Please send payments by wire transfer to:**
WACHOVIA BANK
BROAD AND WALNUT STREETS
PHILADELPHIA, PA 19107
ABA#: 031201467 ACCOUNT#: 2000049309139
(Please reference client# and invoice#.)

Federal tax identification number: 23-1383844

Please enclose the remittance copy of this invoice with your payment to ensure proper credit. Questions may be directed to our billing department at 215-751-2514. Note that payments received after the invoice date are not reflected.

# Schnader Harrison Segal & Lewis LLP

2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006-1825
(202) 419-4200

Law Offices of Joseph A. Garofolo
88 King Street, Suite 806
San Francisco, CA  94107

| | |
|---|---|
| Date | March 31, 2007 |
| Invoice Number | 2202816 |
| Client No | 9999912 |

For Professional Services Rendered through March 31, 2007

| Matter Number | Matter Name | Fee Amount | Cost Amount |
|---|---|---|---|
| 9999912-0005 | Eslava, et al. v. Gulf Telephone Co. Inc, et al. | $      900.00 | 0.00 |

| | | |
|---|---|---|
| Total Services | $ | 900.00 |
| Total Costs | | 0.00 |
| Total Services and Costs | $ | 900.00 |
| Total Due | $ | 900.00 |

**Due upon receipt**

**Please send payments by check to:**
SCHNADER HARRISON SEGAL & LEWIS LLP
P O BOX 8500-6030
PHILADELPHIA, PA 19178-6030
(Please reference client # and invoice# on check.)

**Please send payments by wire transfer to:**
WACHOVIA BANK
BROAD AND WALNUT STREETS
PHILADELPHIA, PA 19107
SWIFT CODE: PNBPUS33
ABA#: 031201467 ACCOUNT#: 2000049309139
(Please reference client# and invoice#.)

Federal tax identification number: 23-1383844

Please enclose the remittance copy of this invoice with your payment to ensure proper credit. Questions may be directed to our billing department at 215-751-2514. Note that payments received after the invoice date are not reflected.

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 03/21/07 | BWH | Garofolo - Eslava: Review of and attention to electronic filing and service of response to motion for protective order. | 2.00 |

|  |  |  |  |  |
|--|--|--|--|--|
| | | **Total Hours** | | 2.00 |
| | | **Total Services** | $ | 900.00 |

| Name | Hours | Rate | Value |
|------|-------|------|-------|
| Benjamin Hahn | 2.00 | 450.00 | 850.00 |

|  |  |  |
|--|--|--|
| **Total Costs** | $ | 0.00 |
| **Total Services and Costs** | $ | 900.00 |



May 17, 2007

Joseph A. Garofolo, Esq.
Law Office of Joseph A. Garofolo
2125 Oak Grove Road, Suite 110
Walnut Creek, California 94598

**INVOICE**

***Case: Eslava v. Gulf Telephone Co., Inc.***

     For professional services rendered in connection with deposition of Michael Ballhof:

     1 hour x $295/hour

          **Total Due**                <u>**$295**</u>

     Please remit to the address below.

Exhibit 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DAVID ESLAVA, et al.          )
                           )
     Plaintiffs,           )
                           )
v.                          )
                           )
GULF TELEPHONE COMPANY,   )    Civil Action No. 1:07MS00104 (RMC)
INC., et al.               )
                           )
     Defendants.         )

### AFFIDAVIT OF JON F. DOYLE

I, Jon F. Doyle, being duly sworn, hereby state:

1.    I am an attorney admitted to practice law in California, New York, Georgia, the District of Columbia, and Florida. I am currently a partner in the San Francisco office of DLA Piper US LLP. Previously, I was a partner in the San Francisco office of White & Case LLP, and an associate at Baker & McKenzie.

2.    Before he left the firm near the beginning of 2003 to start his own practice, I worked closely with Joseph A. Garofolo, Esq. for over three years when he was an associate at White & Case LLP and previously at Baker & McKenzie.

3.    While at White & Case LLP and Baker & McKenzie, Mr. Garofolo worked extensively on issues involving the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), and the Internal Revenue Code of 1986, as amended (the "Code"), in litigation and transactional settings.

4.    Mr. Garofolo demonstrated an exceptional ability to analyze complex issues involving ERISA and the Code, including issues relating to mergers and acquisitions.

5.    In my opinion, Mr. Garofolo is an expert in Title 1 of ERISA and has extensive

knowledge in other areas of ERISA and the Code relating to employee benefit plans.

6.      Based on my knowledge of the rates charged by attorneys in the San Francisco Bay Area, $375.00 per hour is at or below a reasonable rate for attorneys of his experience and ability specializing in ERISA.


I affirm under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 18th day of May, 2007 at San Francisco, California.

_____
Jon F. Doyle

5-18-07
_____
Date


On this 18th day of May, in the year 2007, before me, Sylvia Chavez, a Notary Public, State of California, duly commissioned and sworn, personally appeared Jon F Doyle personally known to me to be the person(s) whose name(s) is subscribed to the within instrument and acknowledged to me that _____he_____ executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
WITNESS my hand and official seal.

Sylvia Chavez
_____
Sylvia Chavez

NOTARY PUBLIC, STATE OF CALIFORNIA

My commission expires: May 11, 2008.



SYLVIA CHAVEZ
Commission # 1488969
Notary Public - California
San Mateo County
My Comm. Expires May 11, 2008

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DAVID ESLAVA, et al.                    )
                                        )
      Plaintiffs,                       )
                                        )
v.                                      )
                                        )
GULF TELEPHONE COMPANY,                 )       Civil Action No. 1:07MS00104 (RMC)
INC., et al.                            )
                                        )
      Defendants.                       )

## DECLARATION OF BENJAMIN W. HAHN

1.      I am local counsel and counsel of record for plaintiffs in the above captioned matter.

2.      I file this declaration in support of Plaintiffs' Motion for Leave to File Petition for Costs.

3.      I am listed with the clerk of this Court as counsel to be notified electronically of any ruling or other action in this matter.  The clerk has confirmed that my current email address is accurately maintained by the Court.

4.      I did not receive electronic notification at my email address of the Court's order dated April 12, 2007 (Dkt. No. 5).  I was not aware of the Court's ruling until it was brought to my attention by co-counsel, Joseph Garofolo, on May 14, 2007.

5.      I immediately checked with the clerk's office to ascertain why I may not have received notification.  The clerk indicated that electronic notice should have gone out in the ordinary course.

6.      I have no explanation for why I did not receive notice of the court's ruling.

7.    Had I received the Court's order electronically, I would have undertaken with co-counsel to file a bill of costs in accordance with the Court's rules.

I declare under the penalties of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Respectfully submitted,

_____/s/_____
Benjamin Hahn (Bar No. 446270)
Schnader Harrison Segal & Lewis LLP
2001 Pennsylvania Avenue, NW, Suite 300
Washington, DC  20006-1825
Phone:  (202) 419-4242
Fax: (202) 419-4243
Email: bhahn@schnader.com

OF COUNSEL:
Joseph A. Garofolo (Cal. Bar 214614)
Law Office of Joseph A. Garofolo
88 King Street, Suite 806
San Francisco, CA 94107
Phone: (415) 517-5307
Fax: (415) 348-1515
Email: erisalaw@sbcglobal.net

*Attorney for Plaintiffs David Eslava, Robert Kaiser, Jon Hartman, and Thomas Faison*

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DAVID ESLAVA, et al.            )
                                )
    Plaintiffs,          )
                                )
v.                              )
                                )
GULF TELEPHONE COMPANY,         )        Civil Action No. 1:07MS00104 (RMC)
INC., et al.                    )
                                )
    Defendants.          )

<u>**[Proposed] ORDER**</u>


    Before the Court is Plaintiffs' Motion for Leave to File Petition for Costs and Attorneys'

Fees.  Having found that there is good cause to permit Plaintiffs to file their petition for costs and

attorneys' fees and that the failure to file such petition by May 3, 2007 constituted excusable

neglect, it is hereby

    **ORDERED** that Plaintiffs may file their petition for costs and attorneys' fees within five

days of entry of this Order.

    **SO ORDERED**.



DATE:_____                          _____
                                                United States District Judge