IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID ESLAVA, et al.,** | ) |
| *Plaintiffs*, | ) |
| v. | ) Misc. Action No. 07-104 (RMC) |
| **GULF TELEPHONE COMPANY, INC.,** et al., | ) |
| *Defendants*. | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, CHRISTOPHER A. WEALS, hereby enters his appearance in the above-captioned case as counsel for Defendants Gulf Telephone Company, Inc., Gulf Coast Services, Inc., Gulf Merger Corporation, Gulf Telephone Company Administrative Committee, Gulf Telephone Company ESOP Plan Administrator, Escrow Committee, Dale Younce, Robert Younce, Woodward Setzer, Harold Killian, Willard Mitchem, Jo Gould Smith, Madison River Telephone Company, LLC, Donald Roberton, Kenneth Amburn, Stephen Vanderwoude, Paul Sunu, and Randy Wood, and Defendants Millry Management Corporation[1] and Paul Brown ("GulfTel Defendants).

Dated:  June 5, 2007           Respectfully submitted,

/s/ Christopher A. Weals
Christopher A. Weals (DC Bar No. 414754)
Morgan Lewis & Bockius, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Phone: 202.739.3000
Fax: 202.739.3001
Email: cweals@morganlewis.com

---

[1] Millry Management Corporation was converted to Millry Management, LLC

*Attorney for Defendants Gulf Telephone Company, Inc., Gulf Coast Services, Inc., Gulf Telephone Company Administrative Committee, Gulf Telephone Company ESOP Plan Administrator, Escrow Committee, Dale Younce, Robert Younce, Woodard Setzer, Harold Killian, Willard Mitchem, Jo Gould Smith, Madison River Telephone Company LLC, Donald Roberton, Kenneth Amburn, Stephen Vanderwoude, Paul Sunu, Randy Wood, Millry Management Corporation, Paul Brown, and Gulf Merger Corporation*

OF COUNSEL:

Gregory C. Braden
Morgan Lewis & Bockius, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Phone: 202.739.3000
Fax: 202.739.3001
Email: gbraden@morganlewis.com

.

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 5th day of June, 2007 that I filed the foregoing NOTICE OF APPEARANCE electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Benjamin W. Hahn    bhahn@schnader.com

David R. Godofsky    dgodofsky@alston.com

/s/ Christopher A. Weals
Christopher A. Weals (DC Bar No. 414754)